CITY OF NEW HAVEN *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF EAST HAVEN

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied by the court.

*Hugh F. Keefe,* in support of the petition.

*Henry L. Fisher,* deputy corporation counsel, in opposition.

Submitted July 11—decided July 19, 1978

WILLIAM PORTER ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BETHANY

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied by the court.

*Susan W. Wolfson,* in support of the petition.

*Gerald P. Dwyer,* in opposition.

Submitted July 11—decided July 19, 1978

RAYBESTOS-MANHATTAN, INC. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF TRUMBULL

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted by the court.

*Burton S. Yaffie,* town attorney, in support of the petition.

*Raymond W. Beckwith,* in opposition.

Submitted July 17—decided July 19, 1978